# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorman, Mary P. | Central District of Illinois | 05/19/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

600 East Monroe Street #234
Springfield, Illinois
62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Michael R. Hogan Trust #1. Brother-in-law is settlor. Sole beneficiaries are my sister, nieces and nephews. |
| 2. | Trustee | Michael R. Hogan Trust #2. Brother-in-law is settlor. Sole beneficiaries are my sister, nieces and nephews. |
| 3. | Board member and treasurer | ▓▓▓▓ Homeowners Association, Springfield, Illinois. Non-profit corporation. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M. Hogan Trust #1 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 2. M. Hogan Trust #1 - Whole life policy with Gen. Amer. Life | | None | K | T | | | | | |
| 3. M. Hogan Trust #2 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 4. M. Hogan Trust #2 - Whole life. policy with Gen Amer. Life | | None | N | T | | | | | |
| 5. Whole life ins. Policy with Northwestern Mutual Life Ins. | | None | K | T | | | | | |
| 6. AMG Funds Timessquare Mid Cap Gr. f/k/a Mgrs Fd Mid Cap Gr (TMDPX) | A | Dividend | K | T | | | | | |
| 7. Artisan Partners Fds Small Cap Fd. (ARTSX) | A | Dividend | J | T | | | | | |
| 8. Blackrock Funds Core Bond (BFMCX) | A | Dividend | J | T | | | | | |
| 9. Blackrock Funds Emerging Market Long Short Equity Fd. (BLSIX) | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 10. | | | | | Sold | 08/04/15 | J | A | |
| 11. Blackrock Global Alloc Instit. (MALOX) | B | Dividend | K | T | | | | | |
| 12. | | | | | Sold (part) | 02/25/15 | J | A | |
| 13. Credit Suisse Commodity Ret. Strat. Fd. (CRSOX) | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 14. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 15. Delaware Group Adviser FDS Inc US Growth Fd. (DEU1X) | A | Dividend | J | T | | | | | |
| 16. | | | | | Sold (part) | 03/24/15 | J | A | |
| 17. | | | | | Sold (part) | 08/04/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Delaware Group Equity FDS II Value Fd. (DDVIX) | A | Dividend | J | T | | | | | |
| 19. Deutsche Global/Intl Fd. Global Sm.Cap (SGSCX) | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 20. Deutsche Sec. Enhanced Commodity Strat. Fd. (SKNRX) | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 21. Deutsche Sec. Global Real Est. Secs. Fd. (RRGTX) | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 22. Dreyfus Emerging Mkts. Fd. (DRPEX) | A | Distribution | | | Sold | 03/24/15 | J | B | |
| 23. Eaton Vance Global Macro Absolute Return Fd. (EGRIX) | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 24. Fidelity Advisor Strategic Income Fd. (FSRIX) | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 25. First Eagle Funds Global Fd. (SGIIX) | A | Dividend | K | T | | | | | |
| 26. First Eagle Funds Sogen Overseas Fd. (SGOIX) | A | Dividend | J | T | | | | | |
| 27. Forward Funds Tactical Growth Fd. (FTGMX) | A | Dividend | K | T | | | | | |
| 28. Gabelli Equity Ser. Fd. Sm. Cap Growth Fd. (GACIX) | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 29. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 30. | | | | | Sold (part) | 08/04/15 | J | A | |
| 31. Goldman Sachs Dynamic Allocation Fd. (GDIFX) | A | Dividend | K | T | | | | | |
| 32. Goldman Sachs Finl Square Tax Free Money Mkt (FTXXX) | A | Dividend | J | T | | | | | |
| 33. | | | | | Sold (part) | 01/09/15 | J | A | |
| 34. Goldman Sachs Finl Square Treas Instrs Fd. (FTIXX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/25/15 | J | | |
| 36. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 37. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 38. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 39. Gotham Absolute Return Fund (GARIX) | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 40. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 41. Harbor Cap. Apprec Fd. (HACAX) | A | Dividend | J | T | | | | | |
| 42. | | | | | Sold (part) | 08/17/15 | J | A | |
| 43. Harbor International Fund (HAINX) | A | Dividend | K | T | | | | | |
| 44. Harris Assoc. Invt. Tr. Oakmark Intl. Fd. (OAKIX) | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 45. | | | | | Sold | 08/04/15 | K | B | |
| 46. Heartland Group Value Plus Fd. (HNVIX) | A | Dividend | | | Sold | 03/24/15 | K | C | |
| 47. Hotchkis & Wiley Mid Cap Value Fund (HWMIX) | A | Dividend | J | T | | | | | |
| 48. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 49. | | | | | Sold (part) | 08/04/15 | J | A | |
| 50. | | | | | Sold (part) | 08/17/15 | J | A | |
| 51. Invesco Global Real Estate Fd. (ARGYX) | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Inv Mgrs Ser Tr Oak Ridge Small Cp Gr Fd f/k/a Pioneer Oak (ORIYX) | A | Dividend | J | T | | | | | |
| 53. Ivy Funds Asset Strategy Fd. (IVAEX) | C | Dividend | K | T | | | | | |
| 54. | | | | | Buy (add'l) | 02/25/15 | J | | |
| 55. Janus Invt. Fd. Flexible Bond Fd. (JFLEX) | A | Dividend | | | Sold | 08/04/15 | J | A | |
| 56. John Hancock Classic Value Fund (JCVIX) | A | Dividend | J | T | | | | | |
| 57. John Hancock Funds Absolute Return Currency (JCUIX) | A | Dividend | J | T | | | | | |
| 58. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 59. | | | | | Sold (part) | 08/04/15 | J | A | |
| 60. JP Morgan Chase - Checking account | | None | M | T | | | | | |
| 61. JP Morgan Chase - Money market account | A | Interest | K | T | | | | | |
| 62. JP Morgan US Large Cap Core Plus Fd. (JLPSX) | A | Dividend | J | T | | | | | |
| 63. | | | | | Sold (part) | 03/24/15 | J | A | |
| 64. Kinetics Mut Fds Inc. Paradigm Fd. (KNPYX) | A | Dividend | J | T | | | | | |
| 65. Lazard Fds. Intl. Equity Port Instl. (LZIEX) | A | Dividend | J | T | Buy | 08/05/15 | K | | |
| 66. | | | | | Sold (part) | 11/23/15 | J | A | |
| 67. Mainstay Funds Marketfield Fd. (MFLDX) | A | Dividend | J | T | | | | | |
| 68. | | | | | Sold (part) | 02/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/24/15 | J | A | |
| 70. Nationwide Mut. Fds New Geneva Midcap Growth Fd. (NWHYX) | A | Dividend | | | Sold | 03/24/15 | J | A | |
| 71. Natixis Fds. ASG Managed Futures Strat. Fd. (ASFYX) | A | Dividend | K | T | | | | | |
| 72. | | | | | Sold (part) | 02/25/15 | J | A | |
| 73. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 74. | | | | | Sold (part) | 08/04/15 | J | A | |
| 75. Natixis Fds. ASG Glbl Alternatives Fd. (GAFYX) | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 76. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 77. | | | | | Sold (part) | 11/23/15 | J | A | |
| 78. Neuberger Berman Alternative Funds Long Short Fd. (NLSIX) | A | Dividend | | | Sold | 11/23/15 | J | A | |
| 79. Oppenheimer Dev. Mkts. Fd. (ODVYX) | A | Dividend | J | T | | | | | |
| 80. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 81. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 82. Oppenheimer Intl. Growth Fd. (OIGYX) | A | Dividend | J | T | | | | | |
| 83. Oppenheimer Global Fd. (OGLYX) | A | Dividend | J | T | | | | | |
| 84. | | | | | Sold (part) | 02/25/15 | J | A | |
| 85. Pimco All Asset Fd. (PAAIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Pimco Funds Pacific Investment (PCRIX) | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 87. | | | | | | Sold | 12/15/15 | J | | |
| 88. | Pioneer Fd. CK-Y (PYODX) | B | Dividend | J | T | | | | | |
| 89. | | | | | | Sold (part) | 08/17/15 | J | A | |
| 90. | Principal Fds. High Yield Fd. (PHYTX) | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 91. | Putnam Absolute Return (PDMYX) | A | Dividend | J | T | | | | | |
| 92. | | | | | | Buy (add'l) | 03/24/15 | J | | |
| 93. | | | | | | Sold (part) | 08/04/15 | J | B | |
| 94. | RS Invt. Tr. Small Cap Growth Fd. (RSYEX) | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 95. | | | | | | Sold (part) | 08/04/15 | J | | |
| 96. | Russell Invt. Co. Global Equity Fd. (RGESX) | B | Dividend | K | T | | | | | |
| 97. | | | | | | Sold (part) | 02/12/15 | J | A | |
| 98. | Russell Invt. Co. Global Infrastructure Fd. (RGISX) | A | Dividend | J | T | | | | | |
| 99. | | | | | | Buy (add'l) | 02/12/15 | J | | |
| 100. | | | | | | Sold (part) | 03/03/15 | J | | |
| 101. | Russell Invt. Co. Commodity Strat. Fd. (RCCSX) | A | Dividend | K | T | | | | | |
| 102. | | | | | | Buy (add'l) | 02/12/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/03/15 | J | A | |
| 104. Russell Invt. Co. Global Opp. Fd. (RGCSX) | A | Dividend | J | T | | | | | |
| 105. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 106. | | | | | Sold (part) | 03/03/15 | J | A | |
| 107. Russell Invt. Co. Emerging Mkts. Fd. (REMSX) | A | Dividend | K | T | | | | | |
| 108. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 109. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 110. Russell Invt. Co. Global Real Estate Fd. (RRESX) | A | Dividend | J | T | | | | | |
| 111. | | | | | Sold (part) | 02/12/15 | J | B | |
| 112. | | | | | Sold (part) | 03/03/15 | J | A | |
| 113. Russell Invt. Co. Intl. Develpd Mkts Fd. (RINTX) | B | Dividend | L | T | | | | | |
| 114. | | | | | Sold (part) | 01/09/15 | J | A | |
| 115. | | | | | Sold (part) | 02/12/15 | K | B | |
| 116. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 117. Russell Invt. Co. Multi- Strategy Fd. (RMSSX) | A | Dividend | J | T | | | | | |
| 118. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 119. | | | | | Sold (part) | 03/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Russell Invt. Co. Strategic Bond Fd. (RFCTX) | A | Dividend | K | T | | | | | |
| 121. | | | | | Sold (part) | 02/12/15 | J | A | |
| 122. | | | | | Sold (part) | 03/03/15 | J | A | |
| 123. Russell Invt. Co. US Small Cap Equity Fd. (RLESX) | B | Dividend | K | T | | | | | |
| 124. | | | | | Sold (part) | 02/12/15 | J | A | |
| 125. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 126. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 127. Russell Invt. Co. US Strat. Eq. Fd. (RSESX) | C | Dividend | L | T | | | | | |
| 128. | | | | | Buy (add'l) | 03/03/15 | K | | |
| 129. T. Rowe Price Real Estate Fd. (TRREX) | A | Dividend | J | T | | | | | |
| 130. | | | | | Sold (part) | 03/24/15 | J | A | |
| 131. TCW Funds Relative Value Large Cap (TGDIX) | A | Dividend | J | T | | | | | |
| 132. | | | | | Sold (part) | 03/24/15 | J | A | |
| 133. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 134. Victory Portfolios Small Co Oppty Fd. (VSOIX) | A | Dividend | J | T | | | | | |
| 135. Virtus Emerging Market Opp. Fd. (HIEMX) | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 136. | | | | | Buy (add'l) | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 138. Wells Fargo Fds Asset Allocation Fd. (EAAIX) | A | Dividend | K | T | | | | | |
| 139. Wells Fargo Fds Emerging Mkts Equity Fund (EMGNX) | A | Dividend | J | T | | | | | |
| 140. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 141. WFA Absolute Return Fund (WARCX) | A | Dividend | K | T | | | | | |
| 142. William Blair Funds Intl. Growth Fd. (BIGIX) | A | Dividend | | | Sold | 03/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to Part VII: At lines 60 and 61, JP Morgan Chase bank accounts have been added. They were listed on the 2014 and 2016 reports but were omitted from the 2015 report due to oversight. In addition, the Wells Fargo Emerging Growth Fund (WEMIX) listed at line 137 of the original 2015 report has been removed because the asset was sold in whole in 2014, as reflected in the amended 2014 report.

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544